1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8         NORTHERN DISTRICT OF CALIFORNIA
9            SAN FRANCISCO DIVISION
10
11   VIRGELIO FERNANDEZ and CORAZON        Case No. 12-cv-03941 NC
     FERNANDEZ,
12                                         **ORDER RE: PLAINTIFFS'**
              Plaintiff,                   **OBJECTIONS**
13
         v.                               Re: Dkt. No. 25
14
     WELLS FARGO BANK, N.A., and CAL-
15   WESTERN RECONVEYANCE
     CORPORATION,
16
              Defendants.
17

18       On December 24, 2012, plaintiffs Virgelio and Corazon Fernandez filed objections to

19   defendant Wells Fargo's request for judicial notice, however, the caption and substance of

20   plaintiffs' filing refers to another proceeding.  As such, the Court has nothing to rule on.  If

21   plaintiffs seek to object to Wells Fargo's request for judicial notice, they must file

22   objections by January 23, 2013 at 5:00 p.m.

23       IT IS SO ORDERED.

24       Date: January 18, 2013

25                                        Nathanael M. Cousins
                                          United States Magistrate Judge
26
27
28
     Case No. 12-cv-03941 NC
     ORDER RE: OBJECTIONS